In re JOHNSTON'S WILL. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) In the matter of

proving the last will and testament of Catharine Johnston, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed by default, with costs.